No. 3020.—PUEBLO, apdo., *v.* CEDRÉ, aplte.—C. D. Arecibo. Delito contra la salud pública. Enero 19, 1927. Celebrada la vista de esta apelación cuyo único fundamento es que la corte inferior cometió error al apreciar la evidencia estableciendo conclusiones contrarias a derecho y declarando culpable al apelante de delito contra la salud y apareciendo que la contradicción del único testigo que declaró contra el acusado es sólo aparente pues fué explicada satisfactoriamente por él, por lo que no hubo error en fundar en ese testimonio la declaración de culpabilidad, se confirmó la sentencia apelada.

No. 246.—AÑESES Y BANUCHI, peticionarios, *v.* CONSEJO EJECUTIVO DE PUERTO RICO, demandado.—*Mandamus.* Enero 21, 1927. No estimando suficiente la razón alegada para presentar la petición en este Tribunal Supremo y no en la corte de distrito competente, fué denegado el auto.

No. 3843.—CENTRAL PASTO VIEJO, INC., apda., *v.* APONTE, ET AL., apltes. — C. D. Humacao. Incidente sobre costas. Enero 25, 1927. Desestimado el recurso por abandono porque estando pendiente la apelación sin gestión alguna desde mayo último, se señaló el 24 de enero para oir a las partes, sin haber comparecido ninguna.